IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Daquan Tirell Boone

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC- BALTIMORE
'25 JUN 18 PM 3:49

-against-

T-Mobile USA, Inc.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. BAH 25-CV-1957

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes   ☐ No
*(check one)*



HD
AR
Rcv'd by: _____

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Daquan Tirell Boone |
| Street Address | 112 W Earleigh Heights Rd |
| City and County | Severna Park & Arundel County |
| State and Zip Code | Maryland 21146 |
| Telephone Number | 410-399-1882 |
| E-mail Address | DaquanBoone14@Gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | T-Mobile USA, Inc. |
| Job or Title (if known) | |
| Street Address | 12920 SE 38th Street |
| City and County | Bellevue King County |
| State and Zip Code | Washington 98006 |
| Telephone Number | 425-378-4000 |
| E-mail Address (if known) | executive.response@t-mobile.com |

2

Defendant No. 2

    Name                       _____

    Job or Title
    (if known)               _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)               _____

Defendant No. 3

    Name                       _____

    Job or Title
    (if known)                _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)                _____

Defendant No. 4

    Name                       _____

    Job or Title
    (if known)                _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)                _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question                    ☑  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Daquan Boone , is a citizen of the State of *(name)* Maryland .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* T-Mobile USA Inc., is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* T-Mobile USA Inc., is incorporated under the laws of the State of *(name)* Delaware _____, and has its principal place of business in the State of *(name)* Washington _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Plaintiff is seeking $3.3 million in damages resulting from unlawful termination, discriminatory treatment, emotional distress, reputational harm, and significant financial loss. The damages sought include both compensatory and punitive damages due to the defendant's conduct.

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff, Daquan Boone, was employed by T-Mobile USA, Inc. in Maryland. On March 5th, the plaintiff was off the clock and at home when they contacted T-Mobile Customer service to dispute Unauthorized Charges on their personal account. During the Phone call, the Plaintiff was accused of using inappropriate language.

Following this, an internal investigation was inflated. During that investigation, a white employee named Kim, acting in an official company capacity, repeated the same language multiple times while speaking directly to the Plaintiff. Despite her use of the same language, she faced no discipline. However, the Plaintiff was terminated shortly after the incident.

This demonstrates racially discriminatory treatment and a double standard in the enforcement of workplace conduct policies. The Plaintiff's termination was not only unjustified but also rooted in bias and retaliation, resulting in severe emotional distress, reputational harm, and substation financial loss. Plaintiff is seeking 3.3 million in Comtensatory and punitive damages as a result of wrongful termination and discrimination.

6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Plaintiff respectfully requests that the Court award a total of 3.3 million in damages. This includes approximately $1 million in compensatory damages for lost wages, emotional distress, and reputational harm resulting from the wrongful termination, and $2.3 million in punitive damages intended to hold the defendant accountable for discriminatory and retaliatory actions.

In addition, the Plaintiff request that T-Mobile provide a 100% lifetime discount on all phone service charges associated with the Plaintiff's account. This relief is sought in recognition of the emotional hardship, financial damage, and original billing dispute that initated the events leading to this lawsuit.

The Plaintiff further requests any other relief the court deems just and proper, including a formal acknowledgement that the termination was wrongful and that the defendant applied its policies in a discriminatory manner. These damages are ongoing, and both monetary and equitable relief are necessary to fully compensate the plaintiff.

7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/17 , 2025

Signature of Plaintiff _Pmmm_

Printed Name of Plaintiff Daquan Boone

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

Telephone Number            _____

Email Address               _____

8